# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Carolyn M. Knight                                                            Docket No. 5:12-MJ-1023-1

**Petition for Action on Probation**

      COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carolyn M. Knight, who, upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of Marijuana, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on November 7, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

      The defendant was originally placed on 12 months probation under 18 U.S.C. §3607. This probation order was stricken on November 7, 2012, after the defendant tested positive for marijuana after being placed on probation.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana on February 19, 2013. She is currently attending dual diagnosis treatment and reporting for weekly drug testing. It is recommended that a condition be added allowing the defendant to participate in the Cognitive Behavioral Program.

      The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

Carolyn M. Knight
Docket No. 5:12-MJ-1023-1
Petition For Action
Page 2

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: March 12, 2013 |

**ORDER OF COURT**

Considered and ordered this 12th day of March, 2013, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
United States Magistrate Judge